IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BRECHT,

    Plaintiff,                     No. CIV S-05-0859 KJM

    vs.

BNSF RAILWAY COMPANY,

    Defendant.                  <u>ORDER</u>

_____/

         A status conference was held in this matter on September 21, 2005 before the undersigned.  Fred Diamondstone and Bess Brewer appeared for plaintiff.  Jacob Flesher appeared for defendant.  Upon consideration of the joint status report on file in this action, discussion of counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

         1.  Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) between plaintiff and defendant already have been made.  Initial disclosures as between the parties and any third party defendant shall be made within thirty days of the filing of an answer to the new third party complaint to be filed as provided by separate order.

/////

/////

1

2. Discovery, including the hearing of discovery motions, shall be completed by April 19, 2006. Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

3. Dispositive motions, other than discovery motions, shall be noticed to be heard by June 14, 2006.

4. The pretrial conference is set for August 30, 2006 at 11:00 a.m. before the undersigned. Pretrial statements shall be filed in accordance with Local Rule 16-281.

5. Trial of this matter is set for October 16, 2006 at 10:00 a.m. before the undersigned. The parties shall file trial briefs in accordance with Local Rule 16-285.

6. Defendant and third party plaintiff BNSF Railway Company shall serve a copy of this order concurrent with the serving of summons on any new third party defendant.

DATED:   October 20, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
brecht.oas