HON. KIMBERLY J. MUELLER

Fred Diamondstone, Wash. State Bar No. 7138
Attorney for Plaintiff
710 2nd Avenue, Suite 700
Seattle, WA  98104
Telephone:  (206) 568-0082


Bess M. Brewer, Calif. Bar No. 100364
Local Designated Counsel for Plaintiff
1023 "H" Street, Suite B-5
Sacramento, CA  98541
Telephone: (916) 448-8617

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRECHT,<br><br>                    Plaintiff,<br><br>     v.<br><br>BNSF RAILWAY COMPANY, f/k/a THE BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, a Delaware corporation,<br><br>                    Defendant. | NO. Civ. S-05-0859 KJM<br><br>STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULE |

Plaintiff Brecht , through his counsel, Fred Diamondstone, and Defendant BNSF,

though it's counsel Jamie A. Pearson of Barry Ubaldi McPherson & Flesher, LLP, enter the

/ / /

STIPULATION AND ORDER
MODIFYING PRETRIAL SCHEDULE

**Fred Diamondstone**
ATTORNEY AT LAW
710 Second Avenue, # 700
Seattle WA 98104
(206) 568-0082
(206) 568-1683 FAX

1  following

## STIPULATION

1. The current court ordered schedule, which sets a discovery cut-off date of 4/19/2006, a due date for motions of 6/14/2006 and a trial date of 10/16/2006 trial date does not address a due date for expert witness disclosures. F.R.Civ.P. 26 (a)(2) would appears to set expert disclosure dates after the discovery cut-off.

2. The parties have been pursuing discovery.  Interrogatories and Requests for Documents have been exchanged and answered.  (Certain Discovery Disagreements are set to be resolved at a court hearing set for December 7, 2005).  Depositions (other than records depositions noted by Defendant) have not yet been conducted, but are contemplated.

3. These parties believe that experts should be disclosed by April 3, 2006, that discovery should be cut-off June 2, 2006 and the deadline for filing pre-trial motions can be maintained at June 14, 2006.

4. The parties agree to the proposed order, below.

DATED this 29th day of December, 2005.

        **LAW OFFICES OF**
        **FRED DIAMONDSTONE**

        /s/ Fred Diamondstone
        Fred Diamondstone, WSBA No. 7138
        Admitted *pro hac vice*
        Attorney for Plaintiff

STIPULATION AND ORDER
MODIFYING PRETRIAL SCHEDULE

**Fred Diamondstone**
ATTORNEY AT LAW
710 Second Avenue, # 700
Seattle WA 98104
(206) 568-0082
(206) 568-1683 FAX

|   |   |
|---|---|
| 1 | **Barry Ubaldi McPherson & Flesher, LLP** |
| 2 |   |
| 3 |   |
| 4 | /s/ Jamie A. Pearson |
|   | Jamie A. Pearson, Calif. Bar No. 221261 |
| 5 | Of Attorneys for Defendants BNSF |

Presented By:


___/s/ Fred Diamondstone_____
Fred Diamondstone, WSBA No, 7138
Attorney for Plaintiff
Admitted pro hac vice

Copy Received, Approved as to Form:

Barry Ubaldi McPherson & Flesher, LLP


By: ___/s/ Jamie A. Pearson_____
   Jamie A. Pearson, Calif. State Bar No.
   Attorney for Defendant

STIPULATION AND ORDER
MODIFYING PRETRIAL SCHEDULE

**Fred Diamondstone**
ATTORNEY AT LAW
710 Second Avenue, # 700
Seattle WA 98104
(206) 568-0082
(206) 568-1683 FAX

1 **ORDER**

2    1.   The Court has reviewed and hereby APPROVES the Stipulation set forth above.

3    2.   The Court modifies the schedule set forth in the Minute Order of September 21, 2005, Document #26, as follows: The parties shall disclose experts by April 3, 2006, discovery shall be cut-off June 2, 2006 and the deadline for filing pre-trial motions shall remain at June 14, 2006.  As allowed by Fed.R.Civ.P. 26(a)(2)(B) & (C), rebuttal experts shall be disclosed by May 3, 2006.

SO ORDERED.

DATED:  December 1, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER
MODIFYING PRETRIAL SCHEDULE

**Fred Diamondstone**
ATTORNEY AT LAW
710 Second Avenue, # 700
Seattle WA 98104
(206) 568-0082
(206) 568-1683 FAX