**BARRY UBALDI MCPHERSON & FLESHER LLP**
Jacob D. Flesher, Esq., SBN: 210565
Jamie A. Pearson, Esq., SBN: 221261
11249 Gold Country Boulevard, Suite 170
Gold River, CA  95670
Telephone:   (916) 635-2200
Facsimile:    (916) 635-2120

Attorneys for Defendant BNSF RAILWAY COMPANY
f/k/a the BURLINGTON NORTHERN SANTA FE
RAILWAY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRECHT,<br><br>            Plaintiff,<br><br>     vs.<br><br>BNSF RAILWAY COMPANY, f/k/a THE BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, a Delaware corporation,<br><br>            Defendants.<br>_____/<br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>            Third Party Plaintiff,<br><br>     vs.<br><br>HARSCO CORPORATION, a Delaware corporation,<br><br>            Third Party Defendant.<br>_____/ | **Case No.  2:05-CV-00859-KJM**<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271**<br><br><br><br><br><br><br><br><br><br>Date Action Filed:   May 2, 2005<br>Trial Date:              Feb. 5, 2007 |

///

///

///

- 1-
Stip & Order to Elect Referral to VDRP; Case No. 2:05-CV-00859-KJM

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

The parties further agree that HARSCO CORPORATION need not have a representative or lead counsel personally present at any alternative dispute resolution method that the parties engage in. Instead, HARSCO CORPORATION can attend through local counsel who can contact HARSCO CORPORATION and lead counsel via telephone if necessary.

The parties further agree that every effort will be made to schedule any alternative dispute resolution method before the close of discovery, and timed so as not to interfere with the completion of discovery.

DATED:    April 19, 2006.

s/Fred Diamondstone
FRED DIAMONDSTONE,
Attorney for Plaintiff, MICHAEL BRECHT

DATED:    April 24, 2006.

BARRY UBALDI McPHERSON & FLESHER LLP

By    s/Jacob D. Flesher
JACOB D. FLESHER,
Attorneys for Defendant/Third Party Plaintiff BNSF RAILWAY COMPANY

DATED:    April 21, 2006.

ECKERT SEAMANS

By    s/Mark E. Gebauer
MARK E. GEBAUER,
Attorneys for Third Party Defendant HARSCO CORPORATION

**Barry Ubaldi McPherson & Flesher LLP**

- 2 -
Stip & Order to Elect Referral to VDRP; Case No. 2:05-CV-00859-KJM

# O R D E R

IT IS SO ORDERED. A copy of this order shall be provided to the court's VDRP Administrator, for prompt assignment of a Neutral who is available to convene a VDRP session with the parties before the close of discovery on June 9, 2006.

DATED: April 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

C:\WINDOWS\Temp\notes6B1184\Stip & Order to Elect Referral of Action to VDRP.wpd

**Barry Ubaldi McPherson & Flesher LLP**