# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRECHT,<br>      Plaintiff,<br><br>      v.<br><br>BNSF RAILROAD COMPANY f/k/a<br>BURLINGTON NORTHERN SANTA FE<br>RAILWAY COMPANY,<br>      Defendant /Third Party Plaintiff<br><br>      v.<br><br>HARSCO CORPORATION,<br>      Third Party Defendant. | CIVIL ACTION No: 2:05-CV-00859-KJM<br><br>**ORDER APPROVING PROTECTIVE ORDER WITH MODIFICATIONS** |

Upon consideration of the parties' proposed Stipulated Protective Order and Agreement of Confidentiality, this Court's Local Rules, and for good cause showing it is hereby ORDERED that the Protective Order is entered in the form attached hereto as Exhibit A.

DATED:  June 15, 2006.

_____
UNITED STATES MAGISTRATE JUDGE