Fred Diamondstone, Wash. State Bar No. 7138
Attorney for Plaintiff
710 2nd Avenue, Suite 700
Seattle, WA  98104
Telephone:  (206) 568-0082

Bess M. Brewer, Calif. Bar No. 100364
Local Designated Counsel for Plaintiff
1023 "H" Street, Suite B-5
Sacramento, CA  98541
Telephone: (916) 448-8617

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRECHT,<br><br>    Plaintiff,<br><br> v.<br><br>BNSF RAILWAY COMPANY, f/k/a THE BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, a Delaware corporation,<br><br>    Defendant,<br> v.<br><br>HARSCO CORPORATION,<br><br>    Third Party Defendant. | NO. 2:05-cv-00859-KJM<br><br>ORDER REVISING PRETRIAL SCHEDULE<br><br><br><br>Honorable Kimberly J. Mueller<br>Date Filed:  May 2, 2005<br>Trial Date: February 5, 2007 |

   This matter came on before the Hon. Kimberly J. Mueller on the Stipulation of the parties for a revised pre-trial case schedule.  The Court has considered the Stipulation of the parties.  The parties propose a revised pretrial schedule, which alters discovery dates, and the deadline for dispositive motions, but not other dates on the Court's schedule.  Based on the Stipulation of the parties and for good cause shown, now, therefore,

ORDER REVISING PRETRIAL
SCHEDULE - 1

**Fred Diamondstone**
ATTORNEY AT LAW
710 Second Avenue, # 700
Seattle WA 98104
(206) 568-0082
(206) 568-1683 FAX

1  It is hereby ORDERED that the following schedule shall apply to future dates in this
2  case:

3  1. Defendant's expert reports shall be due Tuesday, August 22, 2006; third-party
4  defendant's expert reports shall be due September 26, 2006. Rebuttal expert reports shall be
5  filed on or before October 10, 2006.

6  2. Factual discovery, including the hearing of discovery motions, shall be
7  completed by September 29, 2006. Discovery motions, if needed, shall be filed in
8  accordance with LR 37-251.

9  3. Expert discovery, including the hearing of discovery motions, shall be
10 completed by October 27, 2006. Expert discovery motions, if needed, shall be filed in
11 accordance with LR 37-251.

12 4. Dispositive motions, other than discovery motions, shall be noticed to be
13 heard by November 29, 2006, rather than November 15, 2006, as previously ordered.

14 5. The pretrial conference remains scheduled for January 17, 2007 at 11:00 a.m.
15 before the Honorable Kimberly J. Mueller. Pretrial statements shall be filed in accordance
16 with LR 16-281.

17 6. Trial remains set for February 5, 2007 at 10:00 a.m. before the Honorable
18 Kimberly J. Mueller. The parties shall file trial briefs in accordance with LR 16-285.

19 IT IS SO ORDERED.

20 DATED: July 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER REVISING PRETRIAL
SCHEDULE - 2

**Fred Diamondstone**
ATTORNEY AT LAW
710 Second Avenue, # 700
Seattle WA 98104
(206) 568-0082
(206) 568-1683 FAX

**Presented By:**

**LAW OFFICES OF
FRED DIAMONDSTONE**


s/ Fred Diamondstone
Fred Diamondstone, WSBA No. 7138
Admitted *pro hac vice*
Attorney for Plaintiff


**BARRY, UBALDI, MCPHERSON & FLESHER LLP**


s/ Jacob D. Flesher per e-mail authorization 7/10/06
Jacob D. Flesher, SBN 210656
Attorney for Defendant Harsco Corp.


**ECKERT, SEAMANS, CHERIN & MELLOTT, LLC**


s/ Mark Gebauer per e-mail authorization 7/10/06
Mark Gebauer
Admitted *pro hac vice*
Attorney for Third Party Defendant Harsco Corp.

ORDER REVISING PRETRIAL
SCHEDULE - 3

**Fred Diamondstone**
ATTORNEY AT LAW
710 Second Avenue, # 700
Seattle WA 98104
(206) 568-0082
(206) 568-1683 FAX