**BARRY UBALDI MCPHERSON & FLESHER LLP**
Jacob D. Flesher, Esq., SBN: 210565
Jamie A. Pearson, Esq., SBN: 221261
11249 Gold Country Boulevard, Suite 170
Gold River, CA 95670
Telephone:   (916) 635-2200
Facsimile:   (916) 635-2120

Attorneys for Defendant BNSF RAILWAY COMPANY
f/k/a the BURLINGTON NORTHERN SANTA FE
RAILWAY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRECHT, | Case No. **2:05-CV-00859-WBS-KJM** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING EXPERT DISCLOSURES** |
| BNSF RAILWAY COMPANY, f/k/a THE BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, a Delaware corporation, | |
| Defendants. | |
| BNSF RAILWAY COMPANY, a Delaware corporation, | |
| Third Party Plaintiff, | |
| vs. | |
| HARSCO CORPORATION, a Delaware corporation, | **Date Action Filed:   May 2, 2005** |
| | **Trial Date:   Feb. 5, 2007** |
| Third Party Defendant. | |

BNSF and Plaintiff have settled their underlying matter and a motion to dismiss plaintiff's case is scheduled to be heard on September 27, 2006. Third Party Plaintiff BNSF and Third Party Defendant HARSCO have agreed to extend the expert discovery cutoff by ten (10) days for each party in order to explore a possible

Barry Ubaldi
McPherson &
Flesher LLP

resolution to the Third Party Complaint.  Third Party Plaintiff, BNSF's, expert disclosures are currently due Tuesday, August 22, 2006, and HARSCO's disclosures are currently due on September 26, 2006.

IT IS HEREBY STIPULATED that Third Party Plaintiff's Expert Disclosure is now due September 1, 2006 and Third Party Defendant's Expert Disclosure is now due October 6, 2006.

DATED:        August 21, 2006.

s/Fred Diamondstone
FRED DIAMONDSTONE,
Attorney for Plaintiff, MICHAEL BRECHT

DATED:        August 21, 2006.

BARRY UBALDI McPHERSON &
FLESHER LLP

By_____s/Jacob D. Flesher_____
JACOB D. FLESHER,
Attorneys for Defendant/Third Party
Plaintiff BNSF RAILWAY COMPANY

DATED:        August 21, 2006.

ECKERT SEAMANS

By_____s/Mark E. Gebauer_____
MARK E. GEBAUER,
Attorneys for Third Party Defendant
HARSCO CORPORATION

Barry Ubaldi
McPherson &
Flesher LLP

1

**O R D E R**

2

**IT IS SO ORDERED.**

3

DATED:  August 22, 2006.

4

5

_____

6

UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**Barry Ubaldi**

**McPherson &** 25

**Flesher LLP**

26

- 3-

_____

Stip & Order to Extend Deadline to Disclose Experts; Case No. 2:05-CV-00859-WBS-KJM