1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL BRECHT,

11              Plaintiff,                    No. CIV S-05-0859 KJM

12        vs.

13   BNSF RAILWAY COMPANY,

14              Defendant.                    <u>ORDER</u>

15   _____/

16          Calendared for hearing on September 27, 2006 is plaintiff's motion to dismiss

17   defendant BNSF Railway Company.  The third party defendant in this action has failed to file

18   opposition to the motion.

19          Local Rule 78-230(c) provides that opposition to the granting of a motion must be

20   filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o party

21   will be entitled to be heard in opposition to a motion at oral arguments if written opposition to

22   the motion has not been timely filed by that party."  In addition, Local Rule 78-230(j) provides

23   that failure to appear may be deemed withdrawal of opposition to the motion or may result in

24   sanctions.  Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may

25   be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

26   inherent power of the Court."

1        Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  The hearing date of September 27 is vacated.  Hearing on plaintiff's motion is

3   continued to October 11, 2006 at 10:00 a.m. in courtroom no. 26.

4        2.  Third party defendant Harsco Corporation shall file opposition, if any, to the

5   motion no later than September 27, 2006.  Failure to file opposition and appear at the hearing

6   will be deemed as a statement of non-opposition and shall result in plaintiff's motion being

7   granted.

8   DATED: September 18, 2006.

9

10   _____
     UNITED STATES MAGISTRATE JUDGE

11

12

13

14   006
     brecht.con

15

16

17

18

19

20

21

22

23

24

25

26

2