**BARRY UBALDI MCPHERSON & FLESHER LLP**
Jacob D. Flesher, Esq., SBN: 210565
Jamie A. Pearson, Esq., SBN: 221261
11249 Gold Country Boulevard, Suite 170
Gold River, CA  95670
Telephone:   (916) 635-2200
Facsimile:    (916) 635-2120

Attorneys for Defendant BNSF RAILWAY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRECHT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BNSF RAILWAY COMPANY, f/k/a THE BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, a Delaware corporation,<br><br>　　　　　Defendants.<br>_____/<br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>　　　　　Third Party Plaintiff,<br><br>　vs.<br><br>HARSCO CORPORATION, a Delaware corporation,<br><br>　　　　　Third Party Defendant.<br>_____/ | **Case No.  2:05-CV-00859-KJM**<br><br>**ORDER OF DISMISSAL**<br><br><br><br><br><br><br><br><br>**Date Action Filed:**　May 2, 2005<br>**Trial Date:**　　　　　Feb. 5, 2007 |

　　　　This matter having come before the court upon the parties' Stipulation of

Dismissal, it is hereby ORDERED that as provided by Rule 41 of the Federal Rules of

- 1 -
Order of Dismissal; Case No. 2:05-CV-00859-KJM

1  Civil Procedure, this action in its entirety is hereby DISMISSED **WITH PREJUDICE**,
2  each party to bear its own costs.

4  DATED: September 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

C:\WINDOWS\Temp\notes6B1184\Order of Dismissal.wpd

**Barry Ubaldi**
**McPherson &**
**Flesher LLP**

- 2 -
Order of Dismissal; Case No. 2:05-CV-00859-KJM